Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: tom.kerr@hro.com

Attorney for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP INC.;
VIRGIN RECORDS AMERICA, INC.; SONY
BMG MUSIC ENTERTAINMENT; MOTOWN
RECORD COMPANY, L.P.; WARNER BROS.
RECORDS INC.; INTERSCOPE RECORDS;
ATLANTIC RECORDING CORPORATION;
ARISTA RECORDS LLC; BMG MUSIC; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>JUNISE KEYS,<br>　　　　　　　　　Defendant. | Case No.: C06-2047 SBA<br><br>Hon. Saundra Brown Armstrong<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1

*EX PARTE* APPLICATION
CASE NO. C06-2047 SBA

#23765 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently
2 set for September 7, 2006, at 2:45 p.m. sixty (60) days to November 8, 2006. The clerk of this Court
3 entered default against the defendant on July 13, 2006, and a case management conference is
4 therefore unnecessary at this time. Plaintiffs have informed defendant of the clerk's default.
5 Plaintiffs expect to file a motion for default judgment in the next fifteen (15) days.

6 Dated: August 25, 2006    THOMAS M. KERR
7                           HOLME ROBERTS & OWEN LLP

9                           By:    */s/ Thomas Kerr*
10                                 Thomas Kerr
11                                 Attorney for Plaintiffs
                                   ELEKTRA ENTERTAINMENT GROUP
                                   INC.; VIRGIN RECORDS AMERICA,
12                                 INC.; SONY BMG MUSIC
                                   ENTERTAINMENT; MOTOWN
13                                 RECORD COMPANY, L.P.; WARNER
                                   BROS. RECORDS INC.; INTERSCOPE
14                                 RECORDS; ATLANTIC RECORDING
                                   CORPORATION; ARISTA RECORDS
15                                 LLC; BMG MUSIC; and UMG
                                   RECORDINGS, INC.

## **ORDER**

19    Good cause having been shown:

20    **IT IS ORDERED** that the Case Management currently scheduled for September 7, 2006, at
21 2:45 p.m. is hereby continued to November 8, 2006. at 2:30 p.m., via telephone.

22 Dated: 9/1/06              By: *Saundra B. Armstrong*
                                  Honorable Saundra B. Armstrong
23                                United States District Judge

*EX PARTE* APPLICATION
CASE NO. C06-2047 SBA

#23765 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 4:06-cv-02470-SBA Document 15 Filed 08/25/2006 Page 3 of 3

#23765 v1