IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC. et al., | No. C 006-2047 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| JUNISE KEYS, | |
| Defendants. | |

This matter comes before the Court on Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment dated November 7, 2006. Neither party has filed any objection to the report within ten days after being served with a copy of the recommended disposition, pursuant to Local Rule 72-3 and Federal Rule of Civil Procedure 72(b).

Having considered the report, and the recommendations therein, and for good cause appearing, this Court hereby ADOPTS Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT Magistrate Judge Zimmerman's Report and Recommendation on Plaintiff's Motion for Default Judgment [Docket No. 20] is ADOPTED IN ITS ENTIRETY.

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Default Judgment is GRANTED as set forth in the Report and Recommendation.

United States District Court
For the Northern District of California

IT IS FURTHER ORDERED THAT judgment shall be entered in favor of Plaintiffs and against Defendant for damages in the amount of $16,070.00.

IT IS FURTHER ORDERED THAT Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the internet or any online media distribution system to reproduce (i.e. download) any of Plaintiffs' Recordings, or to make any of Plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody or control.

IT IS SO ORDERED.

Dated: 12/28/06

SAUNDRA BROWN ARMSTRONG
United States District Judge